UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULICES ANTONIO CHAVES RIVERA,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br><br>Respondents. | No. 2:25-cv-03632-KES-SKO (HC)<br><br>ORDER APPROVING STIPULATION AND GRANTING PRELIMINARY INJUNCTION<br><br>Doc. 30 |

## **BACKGROUND**

This habeas action concerns the re-detention of petitioner Eulices Antonio Chaves Rivera, a noncitizen who was detained and released by immigration authorities in 2022, then re-detained on December 5, 2025. *See* Doc. 6. Petitioner filed a petition for writ of habeas corpus and ex parte application for temporary restraining order, Docs. 1, 2, and the United States District Court for the Northern District of California granted petitioner's ex parte application for temporary restraining order, Doc. 6. The court ordered that petitioner be released from custody and enjoined respondents from re-detaining him without notice and a pre-deprivation hearing before a neutral decisionmaker. *See* Doc. 6.

1     The parties thereafter stipulated to transfer the action to this Court and to vacate the
2  temporary restraining order because petitioner was detained in this District at the time the petition
3  was filed.  *See* Doc. 22.  The parties agreed that respondents would "stipulate to the entry of a
4  preliminary injunction to enjoin them from re-detaining Petitioner without notice and a pre-
5  deprivation hearing before a neutral decisionmaker[,]" and that respondents would continue to
6  adhere to the terms of the district court's temporary restraining order pending the entry of the
7  stipulated preliminary injunction.  Doc. 22 at ¶ 5.  Following the transfer of the action to this
8  Court, the parties stipulated on December 29, 2025 "to the entry of a preliminary injunction
9  pending further order of the Court to enjoin Respondents from re-detaining Petitioner without
10 notice and a pre-deprivation hearing in Immigration Court, as the parties agreed to do in [the]
11 stipulation filed on December 16, 2025."  Doc. 30 at 2.  The parties further indicate that they
12 "will submit a joint briefing schedule within 14 days of December 29, 2025, to resolve the habeas
13 petition on the merits."  *Id.*

**ORDER**

15    Pursuant to the parties' stipulation, Doc. 30, and for the reasons stated in the order
16 granting petitioner's ex parte application for temporary restraining order, Doc. 6, respondents are
17 hereby enjoined and restrained, while this matter is pending, from re-detaining petitioner without
18 notice and a pre-deprivation hearing before a neutral decisionmaker.

19    This matter is referred to the assigned magistrate judge for further proceedings including
20 the preparation of findings and recommendations on the petition or other appropriate action.

IT IS SO ORDERED.

Dated:   December 30, 2025                    _____
                                               UNITED STATES DISTRICT JUDGE

2