UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EULICES ANTONIO CHAVES RIVERA, (A-Number 241-850-852),

Petitioner,

v.

SERGIO ALBARRAN, Acting Field Officer Director of the San Francisco ICE Field Office, et al.,

Respondents.

No. 2:25-cv-03632-KES-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

Doc. 1

Petitioner Eulices Antonio Chaves Rivera is an immigration detainee, represented by counsel, proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition. Doc. 37. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten days after service. Respondents filed a one sentence objection, stating: “For the reasons set forth in Respondents’ previous briefing, Respondents object to the Findings and Recommendations.” Doc. 38.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents’ objection, the Court concludes that the

findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 37, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner Eulices Antonio Chaves Rivera (A-Number 241-850-852) unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.[1]
4. The Clerk of Court is directed to close this case and enter judgment for petitioner.
5. The Clerk is directed to terminate any remaining motions as moot.

IT IS SO ORDERED.

Dated: August 30, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.